IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER JOHNSON,

        Plaintiff,                    No. CIV S-09-2076 EFB P

    vs.

J. LEE, et al.

        Defendants.         ORDER
_____/

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

       Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has submitted a copy of his trust account statement, but it is not certified as required by the statute. He may comply with § 1915(a)(2) by having prison officials complete the "Certificate" portion of the form application for leave to proceed *in forma pauperis* or submitting

1  a trust account statement for the 6-month period immediately preceding the filing of his
2  complaint that has been certified by prison officials.
3       Accordingly, plaintiff has 30 days from the date this order is served to submit the
4  required trust account statement.  Failure to comply with this order will result in a
5  recommendation that this action be dismissed.  The Clerk of the court is directed to send to
6  plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
7       So ordered.
8  Dated:  August 25, 2010.
9       EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE