1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CHESTER JOHNSON,
11              Plaintiff,                   No. CIV S-09-2076 EFB P
12        vs.
13   J. LEE, et al.,
14              Defendants.                  ORDER
15   _____/
16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42
17   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28
18   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C.
19   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).
20        On August 26, 2010, the court found that plaintiff's *in forma pauperis* application failed
21   to include the certified copy of his trust account statement required by 28 U.S.C. § 1915(a)(2).
22   The court ordered plaintiff to submit the certified trust statement and warned him that failure to
23   do so would result in dismissal.
24        The 30-day period has expired and plaintiff has not submitted the required trust account
25   statement or otherwise responded to the court's order.
26   ////

1       It therefore is ORDERED that this action is dismissed without prejudice.

2 Dated: October 18, 2010.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE