1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHESTER JOHNSON,

11             Plaintiff,                    No. CIV S-09-2076 EFB P

12        vs.

13   J. LEE, et al.,

14             Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

18   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C.

19   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

20        By order filed February 9, 2011, the court found that plaintiff had stated a cognizable

21   claims against defendants Lee and Chirilla and informed plaintiff he could proceed against those

22   defendants or file an amended complaint to attempt to state additional cognizable claims against

23   defendant Orrick.  The court also informed plaintiff that it would consider plaintiff's decision to

24   proceed only as to his claims against defendants Lee and Chirilla as consent to the dismissal of

25   his claims against defendant Orrick.  On March 7, 2011, plaintiff returned documents for service

26   against defendants Lee and Chirilla, electing not to file an amended complaint to attempt to state

1 a cognizable claim against defendant Orrick.

2    Accordingly, IT IS HEREBY ORDERED that plaintiff's claims against defendant Orrick

3 are dismissed without prejudice.

4 Dated:  April 12, 2011.

5

6         EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26