IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER JOHNSON,

      Plaintiff,                      No. CIV S-09-2076 EFB P

      vs.

J. LEE, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants request modification of the scheduling order to extend the time to conduct discovery and file dispositive motions. *See* Fed. R. Civ. P. 16(b). Plaintiff has filed no opposition to the request.

      Defendants August 30, 2011 request is granted and the scheduling order issued on May 24, 2011 is hereby modified as follows:

      1. The parties may conduct discovery until December 8, 2011. Any motions necessary to compel discovery shall be filed by that date.

      2. Dispositive motions shall be filed on or before March 1, 2012.

Dated: October 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE